# U.S. District Court
# Northern District of Alabama (Southern)
# CIVIL DOCKET FOR CASE #: 2:08−cv−01892−WMA

| | |
|---|---|
| Scott et al v. Family Dollar Stores, Inc. | Date Filed: 10/14/2008 |
| Assigned to: Judge William M Acker, Jr | Date Terminated: 11/14/2008 |
| Cause: 42:2000e Job Discrimination (Employment) | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Luanna Scott**      represented by    **Gregory O Wiggins**
WIGGINS CHILDS QUINN &PANTAZIS
The Kress Building
301 19th Street, North
Birmingham, AL 35203−3204
205−328−0640
Fax: 205−254−1500
Email: gwiggins@wcqp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
WIGGINS CHILDS QUINN &PANTAZIS LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203−3204
205−314−0500
Fax: 205−254−1500
Email: RWiggins@WCQP.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
WIGGINS CHILDS QUINN &PANTAZIS
The Kress Building
301 19th Street, North
Birmingham, AL 35203−3204
328−0640
Email: rcalamusa@wcqp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shunderia Garlington**      represented by    **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruth Bell** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wendy Bevis** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine Bracey** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruby Brady** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Alice Brockway** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vickie Clutter** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Diane Conaway** | represented by | **Gregory O Wiggins** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Robert L Wiggins, Jr** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Rocco Calamusa, Jr** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Judy Corrow** | represented by | **Gregory O Wiggins** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Robert L Wiggins, Jr** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Rocco Calamusa, Jr** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Traci Davis** | represented by | **Gregory O Wiggins** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Robert L Wiggins, Jr** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Rocco Calamusa, Jr** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carol Dinolfo** | represented by | **Gregory O Wiggins** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

|  |  |
|---|---|
|  | **Robert L Wiggins, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Rocco Calamusa, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |
| **Rebecca Dixon** | represented by **Gregory O Wiggins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Robert L Wiggins, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Rocco Calamusa, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |
| **Pamela Ewalt** | represented by **Gregory O Wiggins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Robert L Wiggins, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Rocco Calamusa, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |
| **Nancy Fehling** | represented by **Gregory O Wiggins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Robert L Wiggins, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Fleming** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda L. Fulmer** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irene Grace** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Harson** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charlene Hazelton** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelly Hughes** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christal J. Joslyn** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ada L. Kennedy** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neita Lafreniere** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margie A. Little** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Macquarrie** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Martin** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leanne Maxwell** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Wanda Mayfield** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doris Moody** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa L. Peeples** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica Perry−Preddie** represented by

**Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruth Ellen Phelps**     represented by    **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheila Pippin**     represented by    **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lana Radosh**     represented by    **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Robert L Wiggins, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Rocco Calamusa, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michelle Rodgers** | represented by | **Gregory O Wiggins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert L Wiggins, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Rocco Calamusa, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Vada Rose** | represented by | **Gregory O Wiggins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert L Wiggins, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Rocco Calamusa, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Vickey Jo Scrivwer** | represented by | **Gregory O Wiggins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert L Wiggins, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

                        **Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda R. Silva**     represented by    **Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Sipes**     represented by    **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Smith**     represented by    **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie E. Spellissy**     represented by    **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sylvia C. Tenorio** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judy Tidrick** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beverly L. Triplett** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Sue Vanfleet**         represented by  **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debbie Vasquez**         represented by  **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claire White**         represented by  **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie Williams** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cindy Marie Zimbrich** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen Zimmerman** represented by **Gregory O Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Wiggins, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Family Dollar Stores, Inc.** | represented by | **Terry Price**<br>FORD &HARRISON LLP<br>2100 3rd Avenue North, Suite 400<br>Birmingham, AL 35203<br>205−244−5900<br>Fax: 205−244−5901<br>Email: tprice@fordharrison.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John A Ybarra**<br>LITTLER MENDELSON PC<br>200 North LaSalle Street, Suite 2900<br>Chicago, IL 60601<br>312−372−5520<br>Fax: 312−372−7880<br>Email: jybarra@littler.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Marissa R Ingley**<br>LITTLER MENDELSON PC<br>200 N LaSalle Street, Suite 2900<br>Chicago, IL 60601<br>312−372−5520<br>Fax: 312−372−7880<br>Email: mingley@littler.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Nancy Pritikin**<br>LITTLER MENDELSON PC<br>650 California Street, 20th Floor<br>San Francisco, CA 94108<br>415−677−3141<br>Fax: 415−399−8490<br>Email: npritikin@littler.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shanthi V Gaur**<br>LITTLER MENDELSON PC<br>200 North LaSalle Street, Suite 2900<br>Chicago, IL 60601<br>312−372−5520<br>Fax: 312−372−7880<br>Email: sgaur@littler.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Family Dollar Stores, Inc**

| Date Filed | # | Docket Text |
|---|---|---|

| 10/14/2008 | Ï 1 | COMPLAINT against Family Dollar Stores, Inc., (Filing Fee $350 Paid), filed by plaintiffs Luanna Scott et al.(SRJ, ) (Entered: 10/14/2008) |
|---|---|---|
| 10/14/2008 | Ï | Request for Service by certified mail filed by plaintiffs Luanna Scott et al. (SRJ, ) (Entered: 10/14/2008) |
| 10/15/2008 | Ï | Summons Issued by Certified Mail as to Family Dollar Stores, Inc.. (SRJ, ) (Entered: 10/15/2008) |
| 10/21/2008 | Ï 2 | NOTICE by Luanna Scott *of Filing Consent Forms* (Attachments: # 1 Attachment A – Consent Forms)(Wiggins, Gregory) (Entered: 10/21/2008) |
| 10/21/2008 | Ï 3 | NOTICE by Luanna Scott *of Filing Consent Forms* (Attachments: # 1 Attachment – consent forms)(Wiggins, Gregory) (Entered: 10/21/2008) |
| 10/23/2008 | Ï | SUMMONS Returned Executed upon Family Dollar Stores, Inc served on 10/17/2008, answer due 11/6/2008. (SRJ, ) (Entered: 11/07/2008) |
| 10/27/2008 | Ï 4 | NOTICE by Luanna Scott *of Filing Consent Forms* (Wiggins, Gregory) (Entered: 10/27/2008) |
| 10/29/2008 | Ï 5 | MOTION for Leave to Appear Pro Hac Vice *of John A. Ybarra,* by Family Dollar Stores, Inc.. (Price, Terry) (Entered: 10/29/2008) |
| 10/29/2008 | Ï 6 | MOTION for Leave to Appear Pro Hac Vice *of Marissa Ross Ingley,* by Family Dollar Stores, Inc.. (Price, Terry) (Entered: 10/29/2008) |
| 10/29/2008 | Ï 7 | MOTION for Leave to Appear Pro Hac Vice *of Nancy E. Pritikin,* by Family Dollar Stores, Inc.. (Price, Terry) (Entered: 10/29/2008) |
| 10/29/2008 | Ï 8 | MOTION for Leave to Appear Pro Hac Vice *of Shanthi V. Gaur,* by Family Dollar Stores, Inc.. (Price, Terry) (Entered: 10/29/2008) |
| 10/30/2008 | Ï 9 | NOTICE by Luanna Scott *of Filing Consent Forms* (Wiggins, Gregory) (Entered: 10/30/2008) |
| 10/30/2008 | Ï 10 | Opposition to *Terry Price Serving As Local Counsel* filed by Luanna Scott. (Wiggins, Gregory) (Entered: 10/30/2008) |
| 10/31/2008 | Ï 11 | MOTION to Dismiss *or, in the Alternative, to Transfer Venue and Memorandum in Support Thereof* by Family Dollar Stores, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18)(Price, Terry) (Entered: 10/31/2008) |
| 10/31/2008 | Ï 12 | RESPONSE to re 10 *Plaintiff's Opposition to Terry Price Serving as Local Counsel for Defendant and Motion for an Emergency Hearing, and, Family Dollar's Motion for Fees, Costs and Sanctions* filed by Family Dollar Stores, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Price, Terry) (Entered: 10/31/2008) |
| 11/03/2008 | Ï 13 | NOTICE by Luanna Scott *of Filing Consent Forms* (Wiggins, Gregory) (Entered: 11/03/2008) |
| 11/03/2008 | Ï 14 | NOTICE by Family Dollar Stores, Inc. – *Notice of Correction of Family Dollar's Motion to Dismiss or, in the Alternative, to Transfer Venue and Memorandum in Support Thereof* (Price, Terry) (Entered: 11/03/2008) |
| 11/04/2008 | Ï 15 | REPLY to *Defendant's Response to Plaintiffs' Opposition to Terry Price Serving as Local Counsel and Request for Emergency Hearing* filed by Luanna Scott. (Attachments: # 1 Attachment A, # 2 Attachment B)(Wiggins, Gregory) (Entered: 11/04/2008) |
| 11/04/2008 | Ï | PHV Fee paid in the amount of $200.00 for attorneys John A. Ybarra, Nancy Pritikin, Shanthi Gaur, and Marissa Ross Ingley to appear on behalf of dft Family Dollar Stores; Receipt Number |

| | | |
|---|---|---|
| | | 200 251279. (SRJ, ) (Entered: 11/04/2008) |
| 11/04/2008 | Ï 16 | ORDER OF RECUSAL. Judge Judge U W Clemon recused. Case reassigned to Judge Judge Unassigned and Judge Unassigned for all further proceedings. Signed by Judge U W Clemon on 11/04/08. (Clemon, U) (Entered: 11/04/2008) |
| 11/06/2008 | Ï 17 | CASE REASSIGNED to Judge William M Acker, Jr., Judge U.W. Clemon is no longer assigned to the case. (SRJ, ) (Entered: 11/06/2008) |
| 11/06/2008 | Ï 18 | NOTICE by Luanna Scott *of Filing Consent Form* (Wiggins, Gregory) (Entered: 11/06/2008) |
| 11/07/2008 | Ï 19 | NOTICE of Hearing on Motion 11 MOTION to Dismiss *or, in the Alternative, to Transfer Venue: Motion Hearing set for 11/14/2008 09:00 AM before Judge William M Acker Jr. (KWC) (Entered: 11/07/2008)* |
| 11/07/2008 | Ï 20 | ORDER re: 5 , 6 , 7 and 8 Motions for Leave to Appear Pro Hac Vice, the motions are well taken and is GRANTED, but with the understanding and on the conditions as set out. Signed by Judge William M Acker, Jr on 11/7/2008. (KSS, ) (Entered: 11/07/2008) |
| 11/07/2008 | Ï 21 | MOTION for Extension of Time to File Response/Reply *to Defendant's Motion to Dismiss or, in the Alternative, to Transfer Venue* by Luanna Scott. (Wiggins, Gregory) (Entered: 11/07/2008) |
| 11/07/2008 | Ï 22 | Opposition to re 21 *Family Dollar's Opposition to Plaintiffs' Motion for Extension Until the Next Motion Docket in Which to File Opposition to Defendant's Motion to Dismiss or, In the Alternative, to Transfer Venue* filed by Family Dollar Stores, Inc. (Attachments: # 1 Exhibit Exhibit 1)(Gaur, Shanthi) (Entered: 11/07/2008) |
| 11/10/2008 | Ï | ORDER denying 21 Motion for Extension of time. Signed by Judge William M Acker, Jr on 11/10/08. (SKB) (Entered: 11/10/2008) |
| 11/10/2008 | Ï 23 | NOTICE by Family Dollar Stores, Inc. *of Request to Present Oral Argument* (Price, Terry) (Entered: 11/10/2008) |
| 11/10/2008 | Ï 24 | MOTION To Excuse Marissa Ingley From Attending the November 14th Motion Docket by Family Dollar Stores, Inc.. (Price, Terry) (Entered: 11/10/2008) |
| 11/10/2008 | Ï | ORDER granting and ordering accordingly 24 Motion to excuse Marissa Ingley from motion docket of 11/14/08. Signed by Judge William M Acker, Jr on 11/10/08. (SKB, ) (Entered: 11/10/2008) |
| 11/13/2008 | Ï 25 | RESPONSE in Opposition re 11 MOTION to Dismiss *or, in the Alternative, to Transfer Venue and Memorandum in Support Thereof Opposition to Dismissal And Consent To Transfer* filed by Shunderia Garlington, Wanda Mayfield, Doris Moody, Vanessa L. Peeples, Veronica Perry−Preddie, Ruth Ellen Phelps, Sheila Pippin, Lana Radosh, Michelle Rodgers, Vada Rose, Vickey Jo Scrivwer, Linda R. Silva, Sharon Sipes, Nancy Smith, Marie E. Spellissy, Sylvia C. Tenorio, Judy Tidrick, Beverly L. Triplett, Carol Sue Vanfleet, Debbie Vasquez, Claire White, Bonnie Williams, Cindy Marie Zimbrich, Helen Zimmerman, Ruth Bell, Luanna Scott, Wendy Bevis, Katherine Bracey, Ruby Brady, Marie Alice Brockway, Vickie Clutter, Diane Conaway, Judy Corrow, Traci Davis, Carol Dinolfo, Rebecca Dixon, Pamela Ewalt, Nancy Fehling, Teresa Fleming, Linda L. Fulmer, Irene Grace, Dorothy Harson, Charlene Hazelton, Shelly Hughes, Christal J. Joslyn, Ada L. Kennedy, Neita Lafreniere, Margie A. Little, Jean Macquarrie, Carol Martin, Leanne Maxwell. (Wiggins, Robert) (Entered: 11/13/2008) |
| 11/14/2008 | Ï 26 | NOTICE by Luanna Scott *of Filing Consent Form* (Wiggins, Gregory) (Entered: 11/14/2008) |
| 11/14/2008 | Ï | Minute Entry for proceedings held before Judge William M Acker, Jr: Motion Hearing held on 11/14/2008 re 11 MOTION to Dismiss filed by Family Dollar Stores, Inc; motion to be granted by separate order. (Court Reporter Anita McCorvey) (KWC) (Entered: 11/14/2008) |

| | | |
|---|---|---|
| 11/14/2008 | 27 | ORDER transferring case to another district: ORDER transferring case to the Western District of North Carolina; original electronic record will be e–mailed to Clerk of Court 10 business days from this date. Signed by Judge William M Acker, Jr on 11/14/08. (KGE) (Entered: 11/14/2008) |