IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV540-C

| | |
|---|---|
| LUANNA SCOTT, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **O R D E R** |
| ) | |
| FAMILY DOLLAR STORES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Defendants' "Application[s] for Admission to Practice Pro Hac Vice [for Nancy E. Pritikin, John A. Ybarra, Shanthi V. Gaur, and Marissa R. Ingley]" (documents ##30-33) filed November 25, 2008. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: December 9, 2008

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge