# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:08CV540-C

| | |
|---|---|
| LUANNA SCOTT, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **O R D E R** |
| ) | |
| FAMILY DOLLAR STORES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Defendant's "Application for Admission to Practice [for Gregory L. Smith, Jr.]" (document #51) filed January 29, 2009. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

```
                                    Signed: January 29, 2009
```

Carl Horn, III
United States Magistrate Judge