IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV540-C

| | | |
|---|---|---|
| LUANNA SCOTT, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| FAMILY DOLLAR STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Application for Admission to Practice [for Eric R. Magnus]" (document #49) filed January 29, 2009. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: January 29, 2009

Carl Horn, III
United States Magistrate Judge