UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv540

| | |
|---|---|
| LUANNA SCOTT, et al.,<br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | )<br>)<br>)<br>)    **ORDER**<br>)<br>)<br>) |

**THIS MATTER** is before the Court on its own motion. Pursuant to Local Rule 83.1, the Court sent a notice to Keith Hult on February 2, 2009 and to Rocco Calamusa on February 10, 2009, requiring the attorneys to register and be trained on ECF. Hult and Calamusa failed to comply with the notices.

**IT IS THEREFORE ORDERED** that Hult and Calamusa must register and be trained on ECF by March 15, 2009.

Signed: March 4, 2009

Robert J. Conrad, Jr.
Chief United States District Judge