# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:08CV540-RJC

| | | |
|---|---|---|
| **LUANNA SCOTT, et. al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FAMILY DOLLAR STORES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

    **THIS MATTER** is before the Court on the Plaintiffs' "Motion to Allow Admission of Counsel Pro Hac Vice for Robert L. Wiggins, Jr." (document #61) filed May 20, 2009. For the reasons set forth therein, the Motion will be **GRANTED**.

    The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

    **SO ORDERED**.

Signed: May 20, 2009

_____

David S. Cayer
United States Magistrate Judge