UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv540-RJC-DSC

| | |
|---|---|
| LUANNA SCOTT et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| FAMILY DOLLAR STORES, INC., | ) ) |
| Defendant. | ) ) ) |

ORDER

**THIS MATTER** is before the Court on the defendant's Corrected Motion for Summary Judgment on Counts I, II, and III (Doc. No. 73) and the plaintiffs' Motion to Stay the Motion Pending Discovery or Deny Such Motion Without Prejudice (Doc. No. 76).

The Court discussed these motions with the parties' attorneys at the status conference held on July 28, 2010. For the reasons cited by the Court at the status conference, **IT IS HEREBY ORDERED** that the defendant's motion (Doc. No. 73) is **DENIED WITHOUT PREJUDICE** and the plaintiffs' motion (Doc. No. 76) is **GRANTED** to the extent that it seeks dismissal without prejudice of the defendant's motion.

**SO ORDERED.**

Signed: July 29, 2010

*[signature]*

Robert J. Conrad, Jr.
Chief United States District Judge