IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-540-RJC-DSC

| | |
|---|---|
| LUANNA SCOTT, ET AL. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FAMILY DOLLAR STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**THIS MATTER** is before the Court on the "Motion to Allow Admission of Counsel Pro Hac Vice for Alexander N. Gerogiannis" (document #80). For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED.**  Signed: August 11, 2010

David S. Cayer
United States Magistrate Judge