# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-540-RJC-DSC

| | |
|---|---|
| LUANNA SCOTT, ET AL. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FAMILY DOLLAR STORES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the parties' "Joint Motion to Stay Deadlines ... Pending Mediation" (document #99). For the reasons set forth therein, and having consulted with the chambers of the Honorable Robert J. Conrad, Jr., the District Judge to whom this case is assigned, the Motion will be granted.

**IT IS HEREBY ORDERED** that:

1. The "Joint Motion to Stay Deadlines ... Pending Mediation" (document #99) is **GRANTED**, that is, all deadlines in this matter are **STAYED** pending the completion of mediation.

2. The parties shall report the status of the mediation within seven (7) days of its completion.

3. Should the mediation not be complete by June 1, 2011, the parties shall report the interim status of the mediation by that date.

4. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.   Signed: January 27, 2011

David S. Cayer
United States Magistrate Judge