# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No.: 3:08-CV-540-MOC-DSC

| | |
|---|---|
| LUANNA SCOTT, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> FAMILY DOLLAR STORES, INC., <br><br> Defendant. | <u>ORDER</u> |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (documents #106, 107, 108, 109, 110 and 111) filed September 13, 2011 requesting admission of Gerald L. Maatman, David Bennet Ross, Rebecca S. Bjork, Erin McPhail Wetty, Kathryn C. Palamountain and Alex S. Drummond to represent Defendant. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>.

**SO ORDERED**.                                         Signed: September 14, 2011

_____
David S. Cayer
United States Magistrate Judge