# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:08cv760

| | |
|---|---|
| LUANNA SCOTT et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| FAMILY DOLLAR STORES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on periodic docket review. The CJRA report indicates that this action is now reportable as a case that is more than three years old. Review of the Pretrial Order (#78), which was entered in 2010, reveals that deadlines for fact discovery, dispositive motions, and trial have not been set. The court notes that a Petition has been filed with the Fourth Circuit seeking leave to appeal the Order (#131) denying class certification.

The court will, therefore, direct the parties to conduct a supplemental Initial Attorney's Conference and file a supplemental CIAC and proposed supplemental pretrial order outlining their proposed course for prompt disposition of the case. While it is not realistic that this case can be tried before the next CJRA reporting date of April 1, 2012, the court expects the action to be resolved before the October 1, 2012 report. If the parties agree that the proposed interlocutory appeal must be resolved before the remainder of this action can proceed, they should so report such agreement to the court.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties conduct a supplemental IAC within 14 days and file a supplemental CIAC and proposed supplemental pretrial order within seven days of such meeting.

Signed: February 2, 2012

Max O. Cogburn Jr.
United States District Judge