## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No.:  3:08-CV-540-MOC-DSC

LUANNA SCOTT, ET AL.,

                **Plaintiffs,**

      **v.**

FAMILY DOLLAR STORES, INC.,

              **Defendant.**

**ORDER ON CONSENT MOTION TO
STAY PROCEEDINGS**

     For good cause, the Court GRANTS the Consent Motion to Stay Proceedings and **ORDERS** that all proceedings in this matter be **STAYED** pending the Supreme Court's resolution of Family Dollar's petition for writ of certiorari.  If the Supreme Court grants Family Dollar's petition, the stay shall continue until the Supreme Court issues its decision in this case.

     Defendant shall advise the Court promptly upon the disposition of its petition and, if applicable, upon the subsequent issuance of a decision by the Supreme Court in this case.

     **SO ORDERED**.

Signed: December 20, 2013

David S. Cayer
United States Magistrate Judge