IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:08-CV-540-MOC-DSC

| | |
|---|---|
| LUANNA SCOTT, ET AL., | |
| Plaintiffs, | **ORDER** |
| v. | |
| FAMILY DOLLAR STORES, INC., | |
| Defendant. | |

**THIS MATTER** is before the Court on the "Defendant's Notification Regarding Appeal and Request for Conference" (document # 153). The Court directs the parties to conduct a Supplemental Initial Attorneys' Conference within fourteen (14) days and file a Certification and Report of Supplemental Initial Attorney's Conference and Proposed Supplemental Pretrial Order within seven (7) days of such conference.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**. Signed: August 6, 2014

David S. Cayer
United States Magistrate Judge