UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cv-00540-MOC-DSC

| | | |
|---|---|---|
| **LUANNA SCOTT, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **FAMILY DOLLAR STORES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiffs' Motion for Class Certification. The court has initially considered the Motion, defendant's Response, and plaintiffs' Reply. The court will calendar the motion for oral arguments and allot two hours for the proceeding. Plaintiffs shall have thirty minutes for their supporting argument, defendant shall have thirty minutes for its responsive argument, and plaintiffs shall have 15 minutes for their arguments in reply. The remainder of the time will be reserved for discussions with the court. Again, the parties are encouraged to use the time between now and the hearing to attempt an amicable resolution of this very old matter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion for Class Certification (#211) be **CALENDARED** for Oral Arguments on the next available motions day in Charlotte, and that two hours be allotted for the proceeding.

Signed: May 18, 2016



Max O. Cogburn Jr.
United States District Judge