UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cv-00540-MOC-DSC

| | |
|---|---|
| LUNA SCOTT, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **FAMILY DOLLAR STORES, INC.,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion to Move Oral Argument to June 22, 2016. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Move Oral Argument to June 22, 2016 (#249) is GRANTED, and the Clerk of Court is instructed to Notice such hearing for an available time on that date.

Signed: June 6, 2016

Max O. Cogburn Jr.
United States District Judge

-1-