# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No. 3:08-CV-540-MOC-DSC

| | |
|---|---|
| LUANNA SCOTT, et al., **Plaintiffs,** v. FAMILY DOLLAR STORES, INC., **Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Scheduling Conference (document #267).

The Court **GRANTS** the Motion and will conduct the conference on Thursday, November 17, 2016 at 10:30 a.m. in Courtroom 1-3.

Prior to Monday, November 14, 2016, the parties shall meet and confer regarding a scheduling order and a method and framework for alternative dispute resolution in this matter, to include the selection of a mediator.

No later than November 14, 2016, the parties shall submit a consent scheduling order along with a motion for its entry. In the event the parties cannot agree on a scheduling order, by that same date they shall each submit a motion for entry of their respective orders with an accompanying brief. No responsive briefs will be allowed.

**SO ORDERED**.

Signed: October 13, 2016

David S. Cayer
United States Magistrate Judge