**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.:  3:08-CV-540-MOC-DSC**

| | |
|---|---|
| **LUANNA SCOTT, ET AL.,** | |
| **Plaintiffs,** | **ORDER** |
| **v.** | |
| **FAMILY DOLLAR STORES, INC.,** | |
| **Defendant.** | |

      **THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Jason C. Schwartz, Michele L. Maryott, Theane Evangelis and Jesenka Mrdjenovic]" (documents ##262-265).  For the reasons stated therein, the Motions are <u>granted</u>.

      **SO ORDERED**.

Signed: October 13, 2016

David S. Cayer
United States Magistrate Judge