IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:08-CV-540-MOC-DSC

| | |
|---|---|
| LUANNA SCOTT, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> FAMILY DOLLAR STORES, INC., <br><br> Defendant. | ORDER <br> GRANTING ADMISSION OF <br> RYAN C. STEWART TO PRACTICE <br> *PRO HAC VICE* |

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendant Family Dollar Stores, Inc. for admission *pro hac vice* of Ryan C. Stewart, and it appearing to the Court under Local Rule 83.1(B)(1) that Mr. Stewart should be admitted *pro hac vice* as representing Defendant Family Dollar Stores, Inc.

**IT IS THEREFORE ORDERED** that the Motion is granted and that Ryan C. Stewart is admitted to practice before this Court *pro hac vice*.

**SO ORDERED**.

Signed: December 9, 2016

_____
David S. Cayer
United States Magistrate Judge