# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| LUANNA SCOTT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FAMILY DOLLAR STORES, INC., <br><br> Defendant. | Civil No. 3:08-CV-540-MOC-DSC |

# ORDER

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Proceedings Pending Settlement Efforts. For the reasons set forth therein, the Motion will be <u>granted</u>.

**IT IS HEREBY ORDERED** that:

1. The parties' Joint Motion to Stay Proceedings is **GRANTED**. All proceedings in this matter, including all deadlines set forth in the Pretrial Order and Case Management Plan (Dkt. 288) and resolution of Defendant Family Dollar Stores, Inc.'s Objections to the Magistrate Judge's Order on Class Notice (Dkt. 309), are **STAYED** pending settlement efforts.

2. The parties shall update the Court regarding the status of these ongoing efforts no later than <u>April 28, 2017</u>, as previously ordered by the Court. Dkt. 288.

**SO ORDERED.**

Signed: March 27, 2017

David S. Cayer
United States Magistrate Judge