IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Luanna Scott, Shunderia Garlington, Ruth Bell, Wendy Bevis, Katherine Bracey, Ruby Brady, Marie Alice Brockway, Vickie Clutter, Diane Conaway, Judy Corrow, Traci Davis, Carol Dinolfo, Rebecca Dixon, Pamela Ewalt, Nancy Fehling, Teresa Fleming, Irene Grace, Dorothy Harson, Charlene Hazelton, Shelly Hughes, Christal J. Joslyn, Ada L. Kennedy, Margie A. Little, Carol Martin, Leanne Maxwell, Wanda Mayfield, Doris Moody, Vanessa L. Peeples, Veronica Perry-Preddie, Ruth Ellen Phelps, Sheila Pippin, Lana Radosh, Michelle Rodgers, Vada Rose, Vickey Jo Scrivwer, Linda R. Silva, Nancy Smith, Marie E. Spellissy, Judy Tidrick, Beverly L. Triplett, Debbie Vasquez, Claire White, Bonnie Williams, and Cindy Marie Zimbrich, | |
| Plaintiffs, | CASE NUMBER: 3:08-cv-540 JURY DEMAND |
| Family Dollar Stores, Inc., | |
| Defendant. | |

**NOTICE OF FILING ITEMIZATION OF FEES AND EXPENSES IN SUPPORT OF PLAINTIFFS' MOTION TO APPROVE ATTORNEYS' FEES AND EXPENSES**

Come now the Plaintiffs, who file the attached itemizations of time and expenses in further support of Plaintiffs' Motion to Approve Attorneys' Fees and Expenses Pursuant to the Parties' Settlement Agreement.

1

Respectfully submitted,

s/Gregory O. Wiggins
Robert L. Wiggins, Jr.
rwiggins@wigginschilds..com
Ann K. Wiggins
awiggins@wigginschilds.com
Gregory O. Wiggins
gwiggins@wigginschilds.com
Rocco Calamusa, Jr.
rcalamusa@wigginschilds.com
Kevin W. Jent
kjent@wigginschilds.com
Counsel for the Plaintiffs

OF COUNSEL:
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500
205/254-1500 (facsimile)

## CERTIFICATE OF SERVICE

      I do hereby certify that I have filed today, March 14, 2018, by CM/ECF the above and foregoing, with copies being served on:

| | |
|---|---|
| Jason C. Schwartz | John R. Wester |
| Gibson, Dunn & Crutcher LLP | David C. Wright, III |
| 1050 Connecticut Avenue, N.W. | Adam K. Doerr |
| Washington, DC 20036-5306 | Amanda R. Pickens |
| Telephone: 202/955-8242 | ROBINSON BRADSHAW & HINSON, PA |
| Fax: 202/530-9522 | 101 North Tryon Street, Suite 1900 |
| jschwartz@gibsondunn.com | Charlotte, NC 28246 |
| | jwester@robinsonbradshaw.com |
| | dwight@robinsonbradshaw.com |
| | adoerr@robinsonbradshaw.com |

Ryan C. Stewart
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036-5306
Telephone: 202/955-8230
Fax: 202/831-6012
rstewart@gibsondunn.com

Theane Evangelis
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213/229-7726
Fax: 213/229-6726
tevangelis@gibsondunn.com

Michele L. Maryott
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: 949/451-3945
Fax: 949/475-4668
mmaryott@gibsondunn.com

/s/Gregory O. Wiggins
OF COUNSEL