# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Luanna Scott, et al, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:08-cv-00540-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Family Dollar Stores, Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 14, 2018 Order.

March 14, 2018

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court