UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-540

| | |
|---|---|
| Luanna Scott, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| Family Dollar Stores, Inc., | ) |
| Defendant. | ) |

**ORDER APPROVING CY PRES PAYMENT OF REMAINING UNDISTRIBUTED SETTLEMENT FUNDS**

**THIS MATTER is** before the Court pursuant to the parties' joint motion for entry of an Order approving a payment of the remaining undistributed settlement funds of $70,628.25 to the National Women's Law Center as a cy pres recipient. (#339). Having considered the parties' motion and the Settlement Agreement previously approved in this case, the Court enters the following findings, conclusion, and Order granting approval of payment of the remaining undistributed settlement funds of $70,628.25 to the National Women's Law Center:

The parties have stipulated that: (1) $70,628.25 of the settlement funds previously approved in this case remain undistributed after compliance with all provisions of the parties' Settlement Agreement; (2) the large size of the class and the relatively small amount of the remaining settlement funds make it impractical to

1

distribute the remaining funds to class members pro rata because the cost of such distribution would consume the entire fund, leaving nothing to distribute; (3) the plaintiff class will be better served by distributing such funds to a cy pres recipient dedicated to representing women's interest in equal pay for equal work; and (4) the National Women's Law Center fulfills that purpose.

**IT IS THEREFORE ORDERED** that the parties' joint motion for entry of an Order approving a payment of the remaining undistributed settlement funds of $70,628.25 to the National Women's Law Center is **GRANTED**.

Signed: October 22, 2021

Max O. Cogburn Jr
United States District Judge